# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Royce Jeromane Jenkins | ) Case No: 1:02CR105-5 |
| | ) USM No: 18191-058 |
| Date of Previous Judgment: 9/12/03 | ) Stanford K. Clontz |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   ■ the defendant   ❏ the Director of the Bureau of Prisons   ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❏ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __154__ months **is reduced to** __142 months__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 24 | Amended Offense Level: | 23 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 84 to 105 months | Amended Guideline Range: | 70 to 87 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❏ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   The guideline ranges set forth above also include an 84-month consecutive sentence for count two. The 142-month term of confinement consists of 58 months confinement on count one to be followed by a consecutive term of 84 months confinement on count two.

**III. ADDITIONAL COMMENTS**

Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation Officer.

Except as provided above, all provisions of the judgment dated  9/12/03  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   December 18, 2008

Effective Date: _____
(if different from order date)

Lacy H. Thornburg
United States District Judge